IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Cardwell, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00370 |
| v. | : | Judge Sargus |
| Dr. Adams and Dr. Holder, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Plaintiff has failed to respond to defendants' June 26, 2014 motion to dismiss (doc. 7). On September 26, 2014, the Magistrate Judge issued an order to show cause why this case should not be dismissed for want of prosecution. Plaintiff did not respond. The Order was returned as undeliverable because plaintiff had been released from prison and left no forwarding address (doc. 9). Plaintiff has not provided the Clerk of Court with a new address.

This action is hereby DISMISSED for want of prosecution and failure to comply with an order of the court. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c). The Clerk of Court is DIRECTED to enter JUDGMENT dismissing this action for want of prosecution.

11-10-2014

Edmund A. Sargus, Jr.
United States District Judge