AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KENNETH CARDWELL,**

       **Plaintiff,**

**v.**

**DR. ADAMS AND DR. HOLDER,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.   2:14-cv-00370**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_\_\_ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed November 10, 2014, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.**

Date:   November 10, 2014

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
 (By) Andy F. Quisumbing
  Courtroom Deputy Clerk